MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A. (sued as "Wells Fargo Financial National Bank")

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 7/15/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SABRENA ALIAS<br><br>              Plaintiff,<br><br>      v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; GMAC Mortgage, LLC; County Financial Services Barclay's Bank Delaware; Schools Financial Credit Union; Wells Fargo Financial National Bank; Asset Acceptance, LLC and DOES 1 through 100 inclusive,<br><br>              Defendants. | Case No. 15-cv-03057-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff SABRENA ALIAS ("Plaintiff") and defendant WELLS FARGO BANK, N.A, (sued as "Wells Fargo Financial National Bank") ("Defendant") hereby stipulate as follows:

**RECITALS**

1. Plaintiff filed this action against Defendant on May 19, 2015 and served Defendant

on or about June 1, 2015.

2. On July 1, 2015, Defendant removed the action to this Court.

3. Defendant's initial deadline to respond to the Complaint was July 8, 2015.

4. Plaintiff has agreed to extend the time for Defendant to respond to the Complaint up to and including August 21, 2015, so that Defendant may have additional time to investigate this matter and the parties may explore the possibility of settlement.

5. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

**STIPULATION**

1. The deadline for Defendant to respond to the Complaint shall be continued to August 21, 2015.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: July 7, 2015                SAGARIA LAW, P.C.

                                   By:  */s/ Elliot W. Gale*
                                        Elliot W. Gale
                                   Attorneys for Plaintiff
                                   SABRENA ALIAS

DATED: July 7, 2015                SEVERSON & WERSON
                                   A Professional Corporation

                                   By:  */s/ Alisa A. Givental*
                                        Alisa A. Givental
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot W. Gale has concurred in this filing.

*/s/ Alisa A. Givental*