

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 7/27/2015

1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LIANA MAYILYAN (SBN 295203)
   lmayilyan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6  Attorneys for Defendant
   Asset Acceptance, LLC

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10  SABRENA ALIAS,                       )  CASE NO.: 5:15-cv-03057-EJD
                                         )
11                                       )
                                         )
12         Plaintiff,                    )  **STIPULATION TO EXTEND TIME**
                                         )  **FOR DEFENDANT ASSET**
13                                       )  **ACCEPTANCE, LLC TO RESPOND**
    vs.                                  )  **TO INITIAL COMPLAINT**
14                                       )
                                         )
15  EXPERIAN INFORMATION                 )  Complaint Filed: May 19, 2015
    SOLUTIONS, INC.; TRANSUNION,         )  Complaint Served: June 1, 2015
16  LLC; GMAC MORTGAGE, LLC;             )
    COUNTRY FINANCIAL                    )  Removal Date: July 1, 2015
17  SERVICES; BARCLAY'S BANK             )
    DELAWARE; SCHOOLS                    )  Current Response Date:  July 8, 2015
18  FINANCIAL CREDIT UNION;              )  New Response Date:  August 28, 2015
    WELLS FARGO FINANCIAL                )
19  NATIONAL BANK; ASSET                 )
    ACCEPTANCE, LLC, and DOES 1          )
20  through 100 inclusive,               )
                                         )
21                                       )
           Defendants.                   )
22                                       )
                                         )
23  _____

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Sabrena Alias ("Plaintiff") and Defendant Asset Acceptance, LLC ("Defendant"), by and through the undersigned counsel of record, as follows:

WHEREAS, on May 19, 2015, Plaintiff filed her Complaint in the Superior Court of the State of California, County of Santa Clara, Case No. 115-CV-280853;

WHEREAS, on June 1, 2015, Plaintiff served the Complaint on Defendant;

WHEREAS, on June 4, 2015, defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Financial National Bank" and as "Wells Fargo") removed the action to this Court;

WHEREAS, Defendant's initial deadline to respond to the Complaint was July 8, 2015;

WHEREAS, Defendant requires additional time to investigate the claims asserted in the Complaint and prepare its response to the Complaint;

WHEREAS, the Parties have agreed to extend the date for Defendant to respond to the Complaint from July 8, 2015, to August 28, 2015;

WHEREAS, Defendants has not previously sought a continuance;

WHEREAS, this Stipulation will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure;

THEREFORE, the parties stipulate and agree that Defendant's response to the Complaint in this matter shall be due no later than August 28, 2015.

**IT IS SO STIPULATED.**

DATED: July 23, 2015                    SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
                                        LIANA MAYILYAN


                                        By:  /s/ Liana Mayilyan
                                             Liana Mayilyan
                                             Attorneys for Defendant
                                             Asset Acceptance, LLC

DATED: July 23, 2015                 SAGARIA LAW, P.C.
                                     ELLIOT W. GALE


                                     By: /s/ Elliot W. Gale
                                        Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Sabrena Alias



       I, Liana Mayilyan, am the ECF user whose identification and password are

being used to file this Stipulation.  I hereby attest that Elliot W. Gale has concurred

in this filing.

                                              */s/ Liana Mayilyan*