1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7
8

SABRENA ALIAS,

Case No.  5:15-cv-03057-EJD

Plaintiff,

9

**ORDER TO SHOW CAUSE**

v.

10
11

WELLS FARGO BANK, N.A., et al.,

Defendants.

12
13

  On May 19, 2015, Plaintiff Sabrena Alias ("Plaintiff") filed the Complaint underlying this

14

action.  To date, however, the docket does not contain a proof of service or waiver of service for

15

Defendants TransUnion, LLC ("TransUnion"), GMAC Mortgage, LLC ("GMAC"), County

16

Financial Services ("County Financial"), and Schools Financial Credit Union ("Schools

17

Financial").  Nor have any of these Defendants appeared in this action.

18

  The currently-effective version of Rule 4(m) of the Federal Rules of Civil Procedure

19

provides in pertinent part:

20

   If service of the summons and complaint is not made upon a
   defendant within 120 days after the filing of the complaint, the

21

   court, upon motion or on its own initiative after notice to the
   plaintiff, shall dismiss the action without prejudice as to that

22

   defendant or direct that service be effected within a specified time;
   provided that if the plaintiff shows good cause for the failure, the

23

   court shall extend the time for service for an appropriate period.

24

  The 120-day period for service provided by Rule 4(m) expired on September 16, 2015.

25

Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no

26

later than **September 30, 2015**, either: (1) file documents to show proof of service of the

27

Summons and Complaint on TransUnion, GMAC, County Financial, and Schools Financial; or (2)

28

1

United States District Court
Northern District of California

explain in writing why service has not been accomplished.  No hearing will be held on the order to show cause unless otherwise ordered by the court.

Plaintiff is notified that the court will dismiss TransUnion, GMAC, County Financial, and Schools Financial if Plaintiff fails to comply with this OSC or otherwise fails to show good cause as directed above.

**IT IS SO ORDERED.**

Dated:  September 23, 2015



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:15-cv-03057-EJD
ORDER TO SHOW CAUSE

2