UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRENA ALIAS,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 5:15-cv-03057-EJD<br><br>**ORDER DISCHARING ORDER TO SHOW CAUSE; DISMISSING DEFENDANTS** |

On September 23, 2015, the court ordered Plaintiff Sabrena Alias ("Plaintiff") to either file documents showing that service of process had been completed on certain defendants or show cause in writing why she failed to accomplish service within 120 days required by Federal Rule of Civil Procedure 4(m).  See Docket Item No. 27.  Plaintiff filed a return to the OSC on September 30, 2015, in which she produced documents demonstrating that GMAC Mortgage, LLC, and County Financial Services were served.  Accordingly, the OSC is DISCHARGED as to those defendants.

However, Plaintiff has not demonstrated service on TransUnion, LLC or Schools Financial Credit Union.  Nor does the court find that Plaintiff's excuses for her failure to timely accomplish service constitute good cause.  See Hamilton v. Endell, 981 F.2d 1062, 1065 (9th Cir. 1992) (explaining that "inadvertent error or ignorance of governing rules alone will not excuse a litigant's failure to effect timely service.").  Accordingly, all claims against TransUnion, LLC and Schools Financial Credit Union are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 1, 2015

                                            EDWARD J. DAVILA
                                            United States District Judge