UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRENA ALIAS,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>        Defendants. | Case No. 5:15-cv-03057-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Conference Statement (Docket Item No. 40), and because the sole remaining defendant, GMAC Mortgage, LLC, has yet to enter an appearance in this action, the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference currently scheduled for October 22, 2015, is CONTINUED to **10:00 a.m. on November 19, 2015.** The parties shall file a Joint Case Management Conference Statement on or before **November 12, 2015.**

**IT IS SO ORDERED.**

Dated: October 19, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03057-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1